Exhibit A – Table of Last-Observed Infringements by Defendants of Plaintiff's Copyright in the Motion Picture.

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "BLACK MOMMAS 3," Copyright Reg. No. PA0001740761

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.18.159.47 | 2012-01-09 03:08:38 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 2 | 108.22.242.114 | 2012-01-05 10:21:27 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 3 | 108.22.243.175 | 2012-01-13 21:41:54 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 4 | 108.22.246.43 | 2012-01-06 00:51:45 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 5 | 108.28.51.22 | 2012-01-12 23:16:48 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 6 | 108.40.5.145 | 2012-01-02 00:45:19 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 7 | 108.56.149.192 | 2011-12-25 03:16:36 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 8 | 108.56.149.28 | 2012-01-05 19:53:02 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 9 | 108.56.157.101 | 2012-01-10 01:09:34 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 10 | 108.56.214.253 | 2012-01-14 14:16:55 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 11 | 173.64.111.201 | 2012-01-03 07:49:57 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 12 | 173.66.138.49 | 2011-12-05 03:10:10 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 13 | 173.66.6.168 | 2011-12-28 09:40:00 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 14 | 173.69.146.185 | 2011-12-08 09:42:09 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 15 | 173.69.177.31 | 2011-12-06 21:09:35 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 16 | 173.73.175.23 | 2012-01-09 08:19:49 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 17 | 173.73.184.138 | 2011-12-11 10:31:26 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 18 | 173.79.5.116 | 2012-01-05 13:00:32 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 19 | 24.126.65.198 | 2011-12-19 08:45:51 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 20 | 66.233.229.62 | 2012-01-14 15:06:36 -0500 | Clearwire Corporation | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 21 | 67.162.229.59 | 2012-01-07 08:19:51 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 22 | 68.33.233.5 | 2011-11-27 18:36:01 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 23 | 68.33.245.128 | 2011-11-21 11:21:19 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 24 | 68.34.18.173 | 2011-12-11 22:13:54 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 25 | 68.48.131.33 | 2012-01-15 10:40:48 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 26 | 68.48.203.84 | 2011-12-11 01:27:08 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 27 | 68.48.92.212 | 2011-12-18 01:23:02 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |

| Doe 28 | 68.49.17.44 | 2011-12-31 18:22:40 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
|--------|-------------|---------------------------|---------------|------------|------------------------------------------|
| Doe 29 | 68.50.148.12 | 2012-01-12 03:29:51 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 30 | 68.50.17.48 | 2011-11-30 10:03:13 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 31 | 68.55.170.204 | 2011-12-06 07:17:10 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 32 | 68.55.75.83 | 2012-01-05 02:19:53 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 33 | 69.138.231.170 | 2012-01-04 00:59:45 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 34 | 69.138.248.136 | 2012-01-11 21:19:27 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 35 | 69.140.210.74 | 2012-01-08 11:31:00 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 36 | 69.143.252.108 | 2012-01-06 02:19:47 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 37 | 69.243.58.224 | 2011-12-11 09:09:01 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 38 | 71.178.200.160 | 2011-11-20 15:11:06 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 39 | 71.178.33.158 | 2011-11-24 14:24:40 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 40 | 71.200.120.201 | 2011-11-16 00:59:55 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 41 | 71.200.153.119 | 2011-11-17 14:35:43 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 42 | 71.200.158.155 | 2011-11-17 12:29:45 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 43 | 71.200.189.92 | 2011-11-24 02:41:37 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 44 | 71.241.254.199 | 2011-12-15 00:37:55 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 45 | 74.106.244.105 | 2011-11-28 03:11:28 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 46 | 74.107.66.102 | 2012-01-04 17:12:40 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 47 | 76.100.173.86 | 2011-12-02 13:55:39 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 48 | 76.100.216.212 | 2012-01-15 20:52:06 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 49 | 76.106.59.109 | 2012-01-03 15:04:56 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 50 | 76.106.59.113 | 2011-12-14 21:36:54 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 51 | 76.106.62.37 | 2011-12-28 03:43:30 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 52 | 96.231.202.201 | 2011-12-01 21:17:33 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 53 | 96.241.180.250 | 2011-11-28 03:11:26 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 54 | 96.244.94.34 | 2011-11-29 14:13:50 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 55 | 96.255.160.128 | 2011-12-04 18:36:16 -0500 | Verizon Internet Services | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 56 | 98.192.220.133 | 2012-01-11 00:59:53 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 57 | 98.218.19.163 | 2011-12-17 23:13:27 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 58 | 98.218.21.39 | 2012-01-07 23:20:12 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 59 | 98.218.43.70 | 2011-12-11 21:16:06 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |
| Doe 60 | 98.218.53.16 | 2011-12-16 21:06:46 -0500 | Comcast Cable | BitTorrent | 49a0cd29b1b45c0068b6c04d4360e204fa56f73f |